AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:04-cr-00399-TLN   Document 37   Filed 11/10/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

__EASTERN__ District of __CALIFORNIA__

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 2:04CR00399-01 |
| DAVID BRIAN TAYLOR | ) |
| | ) USM No: 15434-097 |
| Date of Original Judgment: 10/11/2005 | ) |
| Date of Previous Amended Judgment: 12/30/2013 | ) Hannah Labaree, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __198__ months **is reduced to** __180 months__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __10/14/2005__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/10/2015

*Judge's signature*

Effective Date: 11/10/2015                    Troy L. Nunley, United States District Court Judge
*(if different from order date)*              *Printed name and title*